JS-6

JEFFER, MANGELS, BUTLER & MITCHELL LLP
JOHN A. GRAHAM (Bar No. 71017)
*jag@jmbm.com*
THOMAS M. GEHER (Bar No. 130588)
*tmg@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY CONSOLIDATION TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED CERTIFICATEHOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-C1<br><br>Plaintiff,<br><br>v.<br><br>RICHARD MERUELO, an individual,<br><br>Defendant. | CASE NO.  2:10-cv-00315-CAS-AJW<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND GRANTING REQUEST FOR WITHDRAWAL OF PENDING MOTIONS**<br><br>[NO HEARING REQUIRED] |

The Court having read and considered that "Stipulation for Order Dismissing Case Without Prejudice and Request to Withdraw Pending Motions" (the "Stipulation") and good cause appearing therefor,

7463685v1

1     **IT IS HEREBY ORDERED** that the Stipulation is approved and
2  granted and that the above-captioned matter is hereby dismissed without prejudice
3  and that the parties shall each bear their own respective court costs and fees in
4  accordance with their Settlement Agreement.
5     **IT IS HEREBY FURTHER ORDERED** that the following motions,
6  presently scheduled for hearing on February 4, 2011, at 12:00 p.m., are withdrawn
7  and taken off calendar: (i) Plaintiff's Motion for Summary Judgment, or in the
8  Alternative, Partial Summary Judgment as to Liability; and (ii) Defendant's Motion
9  to Stay Proceedings.

10

11  Dated: January 19, 2011                    _____
12                                             CHRISTINA A. SNYDER
                                               United States District Court Judge

7463685v1

- 2 -